# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EARTHLAND OK LLC,<br><br>                                    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                                    Defendant. | Case No: CIV-23-304-PRW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Earthland OK LLC, and Defendant, State Farm Fire and Casualty Company, by and through their undersigned counsel, hereby stipulate to the dismissal of this action and all claims asserted therein, WITH PREJUDICE, and that each party bear its own costs.

Respectfully submitted,

By:  s/*Jonathan R. Ortwein*
Jonathan R. Ortwein, OBA #32092
**MANSELL ENGEL & COLE, P.C.**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail:  jortwein@meclaw.net
**ATTORNEY FOR PLAINTIFF**

And

By:  /s/ *Timila S. Rother*
TIMILA S. ROTHER, OBA #14310
ANDREW E. HENRY, OBA #32009
**CROWE & DUNLEVY, PC**
324 N. Robinson Ave., Suite 100

2

        Oklahoma City, Oklahoma 73102
        Telephone: (405) 235-7700
        Facsimile: (405) 239-6651
        timila.rother@crowedunlevy.com
        andrew.henry@crowedunlevy.com
        **ATTORNEYS FOR DEFENDANT**